**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CECILIA GONZALEZ** <br><br> Plaintiff, <br><br> v. <br><br> **HOMEQ SERVICING; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 TO 100, inclusive,** <br><br> Defendants. | 1:09-CV-00951-OWW-SMS <br><br> MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT (Doc. 7) AND VACATING ORAL ARGUMENT SET FOR SEPTEMBER 14, 2009 |

On June 15, 2009, Defendant Homeq Servicing ("Defendant") filed a motion to dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). The motion is directed to the original Complaint of Plaintiff Cecilia Gonzalez ("Plaintiff"). On June 16, 2009, Plaintiff filed a First Amended Complaint. (Doc. 9.)

Federal Rule of Civil Procedure 15(a)(1)(A) provides that a party may amend its pleading once "as a matter of course" "before being served with a responsive pleading." Defendant's motion to dismiss is not a responsive pleading under Rule 15(a)(1)(A). *Schreiber Distrib. v. Serv-Well Furniture Co.*, 806 F.2d 1393, 1401 (9th Cir. 1986). When, as here, Rule 15(a)(1)(A) applies, it provides an "absolute right to amend." *Rick-Mik Enters., Inc. v. Equilon Enters., LLC*, 532 F.3d 963, 977 (9th Cir. 2008). The First Amended Complaint is now the operative pleading.

1

**Defendant's motion to dismiss is DENIED as moot, and oral argument set for September 14, 2009, is VACATED.**

IT IS SO ORDERED.

**Dated:   September 3, 2009**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE