Eric D. Houser (SBN 130079)
J. Owen Campbell (SBN 229976)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
ocampbell@houser-law.com

Attorneys for Defendant,
BARCLAYS CAPITAL REAL ESTATE, INC.
dba HOMEQ SERVICING,
erroneously sued herein as Homeq Servicing

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA GONZALEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOMEQ SERVICING; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 TO 100, inclusive;<br><br>　　　　Defendants. | Case No.: 09-00951-OWW-SMS<br>The Honorable Oliver W. Wagner<br><br>**ORDER GRANTING BARCLAYS CAPITAL REAL ESTATE, INC. DBA HOMEQ SERVICING'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

　　　　Defendant Barclays Capital Real Estate, Inc. dba Homeq Servicing's Motion to Dismiss (the "Motion") was submitted on the papers pursuant to Local Rule 78-230(c), (h).

　　　　Plaintiff filed no opposition to the Motion. After consideration of the

PDF created with pdfFactory trial version www.pdffactory.com

written submissions, the Court issued its memorandum decision regarding Defendant's Motion. The memorandum decision signed January 14, 2010 and filed January 15, 2010 as Document 17 in this matter sets forth the Court's reasoning in detail.

For the reasons set forth in the memorandum decision, the Court hereby GRANTS Defendant's Motion to Dismiss as follows:

(1) Plaintiff's first cause of action for rescission under TILA is time-barred and DISMISSED WITH PREJUDICE.

(2) Plaintiff's second cause of action for damages under TILA is time-barred and DISMISSED WITH PREJUDICE.

(3) Plaintiff's third cause of action under FDCPA is incognizable and DISMISSED WITH PREJUDICE.

(4) Plaintiff's fourth cause of action for a violation of California Business & Professions Code § 17200 is DISMISSED WITH PREJUDICE.

(5) Plaintiff's fifth cause of action for a violation of California Civil Code § 2923.52 is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Date: _January 20, 2010_    _/s/ OLIVER W. WANGER_____
                            OLIVER W. WANGER
                            United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 9970 Research Drive, Irvine, California 92618.

On January ___, 2010, I served the following document described as:

**[PROPOSED] ORDER GRANTING BARCLAYS CAPITAL REAL ESTATE, INC. DBA HOMEQ SERVICING'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

On the following interested parties in this action:

Ronald H. Chew
Law Offices of Ronald H. Chew APLC
3699 Wilshire Boulevard, 7th Floor
Los Angeles, CA 90010
Telephone: (213) 251-2300
Facsimile: (213) 251-2310
*Attorneys for Plaintiff*

[X]   VIA MAIL: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on January ___, 2010, at Irvine, California.

Courtney Hershey

ORDER
3